IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ASHWIN RAMASWAMI,<br><br>*Plaintiff*,<br><br>vs.<br><br>SHAWN MICAH TRESHER STILL, an individual, and LANDMARK COMMUNICATIONS, INC.,<br><br>*Defendants*. | CIVIL ACTION<br><br>FILE NO. 1:25-cv-04483-ELR |

## NOTICE OF APPEARANCE OF COUNSEL

Bryan P. Tyson of the law firm Clark Hill PLC, 3630 Peachtree Road, NE, Suite 550, Atlanta, GA 30326, hereby enters his appearance as counsel for Defendant Shawn Micah Tresher Still, and requests that he be added to the docket as a counsel for this defendant. All pleadings and other notices should be sent to him at the address below.

Respectfully submitted this 2nd day of September, 2025.

        **CLARK HILL PLC**

        */s/Bryan P. Tyson*
        Bryan P. Tyson
        Georgia Bar No. 515411
        btyson@clarkhill.com
        3630 Peachtree Road NE
        Suite 550
        Atlanta, GA 30326

Telephone: (678) 370-4377
Facsimile: (678) 370-4358

*Attorney for Defendant Shawn Still*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this document has been prepared using 13-pt Century Schoolbook.

*/s/ Bryan P. Tyson*
Bryan P. Tyson
GA Bar No. 515411