IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ASHWIN RAMASWAMI.,

   *Plaintiff,*

       v.

SHAWN STILL, *et al.*,

   *Defendants*.

Civil Action No. 1:25-cv-04483-ELR

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

**(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:**

    A. Plaintiff Ashwin Ramaswami

    B. Defendant Sen. Shawn Still

    C. Defendant Landmark Communications, Inc.

**(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or**

corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

    A. N/A

(3) **The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:**

    A. Bruce P. Brown

    B. Lewis P. Perling

    C. Ethan K. Pugh

    D. Michael J. Teter

    E. Bryan P. Tyson

    F. Stephen A. Yaklin

(4) **The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:**

    A. Plaintiff Ashwin Ramaswami alleges citizenship in California.

    B. Defendant Sen. Shawn Still is a citizen of Georgia.

C. Defendant Landmark Communications alleges citizenship in Georgia.

Respectfully submitted this 16th day of September, 2025.

>  */s/ Bryan P. Tyson*
> Bryan P. Tyson
> Georgia Bar No. 515411
> btyson@clarkhill.com
> Lewis P. Perling
> Georgia Bar No. 572371
> lperling@clarkhill.com
> **Clark Hill PLC**
> 3630 Peachtree Road NE
> Suite 550
> Atlanta, Georgia 30326
> 678.370.4377 (phone)
>
> *Counsel for Defendant Sen. Shawn Still*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned certifies that the foregoing Certificate has been prepared in Book Antiqua 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson
