IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ASHWIN RAMASWAMI, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>SHAWN MICAH TRESHER STILL, )<br>an individual, and LANDMARK )<br>COMMUNICATIONS, INC., )<br>)<br>)<br>    Co-Defendants. )<br>) | Civil Action File Number:<br>1:25-cv-04483-ELR |

## <u>CO-DEFENDANT LANDMARK COMMUNICATIONS, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 3.3, the Co-Defendant Landmark Communications, Inc. certifies the following:

1. The undersigned counsel of record certifies that, to the best of their knowledge, the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    a. Plaintiff Ashwin Ramaswami;

    b. Co-Defendant Shawn Still; and

    c. Co-Defendant Landmark Communications, Inc.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**N/A**

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

   **a. For the Plaintiff Ashwin Ramaswami:**

   Bruce P. Brown, Esq.
   Bruce P. Brown Law LLC
   1123 Zonolite Road, Suite 6
   Atlanta, GA 30306
   bbrown@brucepbrownlaw.com

   **b. For the Co-Defendant Shawn Still:**

   Bryan P. Tyson, Esq.
   Lewis P. Perling, Esq.
   Clark Hill PLC
   3630 Peachtree Road NE
   Suite 550
   Atlanta, GA 30326
   btyson@clarkhill.com
   lperling@clarkhill.com

c. For the Co-Defendant Landmark Communications, Inc.:

>Stephen A. Yaklin, Esq.
>Ethan K. Pugh, Esq.
>King, Yaklin & Wilkins
>192 Anderson Street, Suite 125
>Marietta, Georgia 30060
>syaklin@kingyaklin.com
>epugh@kingyaklin.com

4. The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

   a. Plaintiff Ashwin Ramaswami alleges citizenship in California.

   b. Co-Defendant Shawn Still is a citizen of Georgia.

   c. Co-Defendant Landmark Communications is a Georgia Corporation duly-registered to conduct business with the Georgia Secretary of State. Said Co-Defendant's principal place of business is 11300 Atlantis Place, Suite F, Alpharetta, Georgia 30062.

This 16th day of September, 2025.

**KING, YAKLIN & WILKINS, L.L.P.**

*/s/ Stephen A. Yaklin*
Stephen A. Yaklin
Georgia Bar No.: 780125
Ethan K. Pugh
Georgia Bar No.: 907697
*Co-Defendant Landmark Communications, Inc.*

192 Anderson Street, Suite 125
Marietta, Georgia 30060
(770) 424-9235
(770) 424-9239 facsimile
syaklin@kingyaklin.com
epugh@kingyaklin.com

# CERTIFICATE OF COMPLIANCE

I hereby certify that this document complies with the font and point selections as set forth in Local Rule 5.1.

This 16th day of September, 2025.

                                         **KING, YAKLIN & WILKINS, L.L.P.**

                                         */s/ Stephen A. Yaklin*
                                         Stephen A. Yaklin
                                         Georgia Bar No.: 780125
                                         Ethan K. Pugh
                                         Georgia Bar No.: 907697
                                         *Co-Defendant Landmark Communications, Inc.*

192 Anderson Street, Suite 125
Marietta, Georgia 30060
(770) 424-9235
(770) 424-9239 facsimile
syaklin@kingyaklin.com
epugh@kingyaklin.com

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing Certificate of Compliance with the Clerk via the Court's CM/ECF system, thereby also automatically serving by e-mail notification to the following attorneys of record:

Bruce P. Brown, Esq.
Bruce P. Brown Law LLC
1123 Zonolite Road, Suite 6
Atlanta, GA 30306
bbrown@brucepbrownlaw.com
*Counsel for Plaintiff Ashwin Ramaswami*

Bryan P. Tyson, Esq.
Lewis P. Perling, Esq.
Clark Hill PLC
3630 Peachtree Road NE
Suite 550
Atlanta, GA 30326
btyson@clarkhill.com
lperling@clarkhill.com
*Counsel for Co-Defendant Shawn Still*

This 16th day of September, 2025.

**KING, YAKLIN & WILKINS, L.L.P.**

*/s/ Stephen A. Yaklin*
Stephen A. Yaklin
Georgia Bar No.: 780125
Ethan K. Pugh
Georgia Bar No.: 907697
*Co-Defendant Landmark Communications, Inc.*

192 Anderson Street, Suite 125
Marietta, Georgia 30060
(770) 424-9235
(770) 424-9239 facsimile
syaklin@kingyaklin.com
epugh@kingyaklin.com