IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ASHWIN RAMASWAMI.,

   *Plaintiff*,

   v.                                                    Civil Action No. 1:25-cv-04483-ELR

SHAWN STILL, *et al.*,

   *Defendants*.

**CONSENT MOTION ON STAY OF DISCOVERY AND TIME TO RESPOND TO MOTION TO DISMISS**

Plaintiff filed this defamation and false light action on August 8, 2025. [Doc. 1]. This Court set the response date for all Defendants as September 15, 2025. [Doc. 7].

Under L.R. 26.2(A), discovery does not begin until after a defendant files an answer. In this case, Defendant Sen. Shawn Still filed a motion to dismiss [Doc. 9] and Defendant Landmark Communications, Inc. filed an answer [Doc. 10]. As a result, without this Court's intervention, discovery will begin 30 days after the filing of Landmark's answer.

The parties have conferred and all consent to a stay of discovery until resolution of Defendant Still's motion to dismiss. Good cause exists to grant this motion. The Local Rules anticipate discovery not occurring until after a ruling on a motion to dismiss. In this case, the different approaches by the Defendants will

lead to discovery starting automatically. Staying discovery will conserve the resources of the parties and the Court until this Court rules on the motion to dismiss.

Further, Plaintiff's response to Defendant Still's motion to dismiss is currently due on September 29, 2025. Defendant Still consents to a one-week extension of time for Plaintiffs to respond, to October 6, 2025. Good cause exists to grant this request as well. This Court previously extended the answer time for Defendant Still by one week, [Doc. 7], and the one-week change will not cause an appreciable delay in this Court's ability to consider the issues raised in the motion.

All parties consent to the relief requested in this motion. A proposed order is attached.

Respectfully submitted this 19th day of September, 2025.

> */s/ Bryan P. Tyson*
> Bryan P. Tyson
> Georgia Bar No. 515411
> btyson@clarkhill.com
> Lewis P. Perling
> Georgia Bar No. 572371
> lperling@clarkhill.com
> **Clark Hill PLC**
> 3630 Peachtree Road NE
> Suite 550
> Atlanta, Georgia 30326
> 678.370.4377 (phone)
>
> *Counsel for Defendant Sen. Shawn Still*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned certifies that the foregoing Motion has been prepared in Book Antiqua 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson
