IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ASHWIN RAMASWAMI., *Plaintiff*, v. SHAWN STILL, *et al.*, *Defendants*. | Civil Action No. 1:25-cv-04483-ELR |

**[PROPOSED]**

**ORDER ON CONSENT MOTION ON STAY OF DISCOVERY AND TIME TO RESPOND TO MOTION TO DISMISS**

Upon consideration of the consent motion, the Court hereby **GRANTS** the motion. All discovery deadlines in this case, including the time for the Rule 26(f) conference and initial disclosures, are stayed pending this Court's resolution of the pending Motion to Dismiss [Doc. 9].

Further, the time for Plaintiff to respond to Defendant Still's motion to dismiss is extended by one week, through and including October 6, 2025.

**IT IS SO ORDERED** this _____ day of _____, 2025.

_____
The Hon. Eleanor L. Ross
United States District Judge