

| Bryan P. Tyson | Clark Hill PLC |
| --- | --- |
| T (678) 370-4377 | 3630 Peachtree Road, NE |
| F (678) 370-4358 | Ste. 700 |
| Email:btyson@clarkhill.com | Atlanta, GA 30326 |

October 3, 2025

**VIA CM/ECF FILING**

Ms. Michelle Beck
Courtroom Deputy for
The Honorable Eleanor L. Ross
2211 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309

      Re:    *Ashwin Ramaswami v. Shawn Micah Tresher Still, et al.*
              USDC for the Northern District of Georgia, Atlanta Division
              Case No. 1:25-cv-04483-ELR

Dear Ms. Beck:

      Pursuant to Local Rule 83.1(E)(4), please accept this letter as notification of my leave of absence in the above-referenced matter for the following dates:

- October 24, 2025 (*Family trip*)
- November 4, 2025 (*Statewide election*)
- November 6 – 7, 2025 (*Professional conference*)
- November 10 – 12, 2025 (*Travel*)
- November 24, 2025 (*Personal appointment*)
- December 4, 2025 (*Hearing*)

      I respectfully request that this case not be calendared during these dates.

                                                Respectfully,

                                                */s/ Bryan P. Tyson*
                                                Bryan P. Tyson

BPT/ra

cc:     All counsel of record (via CM/ECF only)