## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ASHWIN RAMASWAMI,

      *Plaintiff,*

  vs.

SHAWN MICAH TRESHER STILL,
an individual, and LANDMARK
COMMUNICATIONS, INC.,

      *Defendants.*

CIVIL ACTION

FILE NO. 1:25-cv-04483-ELR

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

Lewis P. Perling of the law firm Clark Hill PLC, 3630 Peachtree Road, NE, Suite 700, Atlanta, GA 30326, hereby enters his appearance as counsel for Defendant Shawn Micah Tresher Still, and requests that he be added to the docket as a counsel for this defendant. All pleadings and other notices should be sent to him at the address below.

Respectfully submitted this 9th day of October, 2025.

**CLARK HILL PLC**

*/s/ Lewis P. Perling*
Lewis P. Perling
Georgia Bar No. 572379
lperling@clarkhill.com
3630 Peachtree Road NE
Suite 700
Atlanta, GA 30326

Telephone: (470) 845-0207
Facsimile: (678) 370-4358

*Attorney for Defendant Shawn Still*

## <u>CERTIFICATE OF COMPLIANCE</u>

I certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this document has been prepared using 13-pt Century Schoolbook.

<u>*/s/ Lewis P. Perling*</u>
Lewis P. Perling
GA Bar No. 572379