

| | |
|---|---|
| Bryan P. Tyson<br>T (678) 370-4377<br>F (678) 370-4358<br>Email:btyson@clarkhill.com | Clark Hill PLC<br>3630 Peachtree Road, NE<br>Ste. 700<br>Atlanta, GA 30326 |

January 2, 2026

**VIA CM/ECF FILING**

Ms. Michelle Beck
Courtroom Deputy for
The Honorable Eleanor L. Ross
2211 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309

  Re: *Ashwin Ramaswami v. Shawn Still, et al.*
    USDC for the Northern District of Georgia, Atlanta Division
    Case No. 1:25-cv-04483-ELR

Dear Ms. Beck:

  Pursuant to Local Rule 83.1(E)(5), please accept this letter as notification of my leave of absence in the above-referenced matter for the following dates:

- March 2 – 3, 2026 (*Conference*)
- April 6 – 10, 2026 (*Spring Break*)
- May 18 – 22, 2026 (*Family Vacation*)
- June 8 – 9, 2026 (*Vacation*)
- July 23 – 24, 2026 (*Firm Retreat*)
- September 21 – 25, 2026 (*Fall Break*)

  I respectfully request that this case not be calendared during these dates.

           Respectfully,

           */s/ Bryan P. Tyson*
           Bryan P. Tyson

BPT/ra

cc:  All counsel of record (via CM/ECF only)