**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

ASHWIN RAMASWAMI,

    *Plaintiff,*

      v.

SHAWN MICAH TRESHER STILL and
LANDMARK COMMUNICATIONS,
INC.,

    *Defendants.*

Civil Action No. 1:25-cv-04483-ELR

**NOTICE OF CHANGE OF ADDRESS**

Bryan P. Tyson, Counsel for Defendant Shawn Still, hereby provides notice of his change of address in the above-captioned case. All future pleadings, correspondence, and other communications related to the case should be sent to:

Law Firm:   Tyson Younker LLC

Address:    1225 Johnson Ferry Road, Suite 600-A
              Marietta, GA 30068

Telephone:  678-223-3160

Email:       btyson@tysonyounker.law

Respectfully submitted this 1st day of May, 2026.

                      */s/ Bryan P. Tyson*
                      Bryan P. Tyson
                      Georgia Bar No. 515411
                      btyson@tysonyounker.law
                      **Tyson Younker LLC**

1225 Johnson Ferry Road
Suite 600-A
Marietta, GA 30068
678.223.3160 (phone)

*Counsel for Defendant Shawn Still*

**CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing

Notice was prepared in Book Antiqua 13, a font and type selection approved by

the Court in L.R. 5.1(B).

*/s/ Bryan P. Tyson*
Bryan P. Tyson