<div align="center">

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

</div>

| | |
|---|---|
| ASHWIN RAMASWAMI., | |
| *Plaintiff,* | |
| v. | Civil Action No. 1:25-cv-04483-ELR |
| SHAWN STILL, *et al.,* | |
| *Defendants*. | |

<div align="center">

**NOTICE OF WITHDRAWAL**

</div>

COMES NOW Lewis P. Perling, of the law firm Clark Hill PLC, and pursuant to Rule 83.1(E)(4) of the Local Rules of the United States District Court for the Northern District of Georgia, withdraws his appearance as counsel for Defendant Shawn Still ("Defendant"), in the above-captioned case. Defendant will continue to be represented by Tyson Younker in this matter by Bryan P. Tyson.

Respectfully submitted this 1st day of May, 2026.

<div style="margin-left:50%">

/s/ Lewis P. Perling
Lewis P. Perling
Georgia Bar No. 572371
lperling@clarkhill.com
CLARK HILL PLC
3630 Peachtree Road NE, Suite 700
Atlanta, Georgia 30326
Telephone: (470) 845-0207

*Counsel for Defendant Shawn Still*

</div>

<div align="center">

1

</div>