**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ASHWIN RAMASWAMI,

    *Plaintiff,*

    v.

SHAWN STILL, *et al.,*

    *Defendants.*

Civil Action No. 1:25-cv-04483-ELR

**NOTICE OF APPEARANCE OF COUNSEL**

David J. Younker of the law firm Tyson Younker LLC, 1225 Johnson Ferry Road, Suite 600-A, Marietta, GA 30068, hereby enters his appearance as counsel for Defendant Shawn Still and requests that he be added to the docket as counsel for Defendant Still. All pleadings and other notices should be sent to him at the address below.

Respectfully submitted this 4th day of May, 2026.

> */s/ David J. Younker*
> David J. Younker
> Georgia Bar No. 940387
> dyounker@tysonyounker.law
> **Tyson Younker LLC**
> 1225 Johnson Ferry Road
> Suite 600-A
> Marietta, GA 30068
> 678.223.3160 (phone)
>
> *Counsel for Defendant Shawn Still*

**CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Notice was prepared in Book Antiqua 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ David J. Younker*
David J. Younker